JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG CORMAN, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>LUNDBECK PHARMACEUTICALS, LLC, an Illinois limited liability company; and LUNDBECK LA JOLLA RESEARCH CENTER, INC.; a Delaware corporation; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-03576-RGK (ADSx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii) [21]<br><br>Complaint Filed: March 2, 2021<br>Trial Date: None<br>District Judge: Hon. R. Gary Klausner<br>  Courtroom 850, Roybal<br>Magistrate Judge: Hon. Autumn D. Spaeth<br>  Courtroom 6B,<br>  Santa Ana |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice.  Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated: _____March 15_____, 2022           _____/s/ Gary Klausner_____
                                                                             Hon. R. Gary Klausner
                                                                             UNITED STATES DISTRICT JUDGE

50727616.v1-OGLETREE